Class Action Complaint           Page 1 of 4

Kimberly Younger #126377
Barbara Frantz #124145
Kora Liles #122198
Michaela Spencer #126729

Sharon Huddleston
Jennifer Lockett #122203

       Plaintiffs     24-3091-JWL

Vs

Jeff Zmuda et. al

## Jurisdiction and Venue

This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivations under color of state law, or rights secured by the U.S. Constitution. The court has jurisdiction under 28 U.S.C Section 1331 and 1343. Plaintiffs seek declaratory relief and injunctive relief under 28 U.S.C. Section and rule 65 of the Federal Rules of Civil Procedure. The United States District of Kansas is the appropriate venue under 28 U.S.C. 1391 because it is where the events giving rise to the claims arose and holds "Class Action Allegations."

Class Action Complaint                page 2 of 4

Kimberley Younger
Barbra Frantz               Case No: 24-3091-JWL
Kora Liles
Michaela Spencer

Sharon Huddleston
Jennifer Lockett
        vs.

Jeff Zmuda, Secretary
of Corrections, Dona Hook,
Warden of Topeka Correctional
Facility, Airmark (Food Service)
Defendants

## Plaintiffs Motion For Class Certification

Plaintiffs hereby move this court for certification of the class proposed herein pursuant to Federal Rules of Civil Procedure 23 and local civil Rule, for the reasons set forth in this action for declaratory and injunctive relief under Rule 23. In support of their motion, Plaintiffs assert:

1. Plaintiffs filed this Civil Rights Action for injunctive relief and declaratory relief on _____, pursuant to 42 U.S.C. 1983 and 1988 for violations of the 8th Amendment's protections against cruel an unusual punishment.

2. Plaintiffs define the Class as followed: All presently incarcerated at Topeka Correctional Women's Facility in which the group characteristics of class a whole have commonality and typicality and the class will demonstrate individual characteristics of the "Named Plaintiff" in relation to the class.

3. The defined class is so numerous that joinder of all members is impracticable. There are over 900 Females currently housed at Topeka Correctional Facility (TCF - will use acronym). The claims of the representative parties are typical of the claims of the class because each Plaintiff is presently a prisoner at Topeka Correctional Facility (TCF) and has been denied protections of the Eighth Amendment. A joinder is encouraged for the purpose of judicial economy and fairness. All parties have signed every pleading

4) There are questions of law and fact common to the class, including whether the defendant's actions in failing to provide a sanitary, safe, and healthy environment, violate the Plaintiffs civil rights guaranteed under the Eighth Amendment.

5) Plaintiffs will also address equal protection and similarly situated for the class. All members have consented to action.

6) The representative parties will fairly and adequately protect the interests of the class because they seek relief on behalf of the class as a whole; have no interests antagonistic to other members of the class; and are represented by counsel once the court deems it just to appoint such counsel to represent the class.

7) Exhausted remedies under 42 USC 1997

For these reasons, plaintiffs request the court to enter an order certifying this cause as a class action.

Respectfully Submitted,

_[signature]_ 5-8-24
_Sharon Huddleston_ 5-9-24
_[signature]_ 5/9/24
_[signature]_ 5/9/2024 5/9/2024
_Jennifer Lockett_ 5/9/24
_Kona Lules_ 5-8-24